UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CRAWFORD, JR., et al.,

       Plaintiffs,                              Case No. 1:12-cv-409

v.                                                HON. JANET T. NEFF

PRISON HEALTH SERVICES, et al.,

       Defendants.
                                       /

**ORDER APPROVING REPORT AND RECOMMENDATION**

      This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff James Crawford, Jr., the only remaining plaintiff, filed Motions for TRO (Dkts 111, 121) and Motions for Immediate Transfer (Dkts 117, 123). The motions were referred to the Magistrate Judge, who issued Reports and Recommendations on June 20, 2014, recommending that this Court deny Plaintiff Crawford's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

      **IT IS HEREBY ORDERED** that the Reports and Recommendations of the Magistrate Judge (Dkts 126, 127) are APPROVED and ADOPTED as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff Crawford's Motions for TRO (Dkts 111, 121) and Motions for Immediate Transfer (Dkts 117, 123) are DENIED for the reasons stated in the Reports and Recommendations.

Dated: July 17, 2014                                    /s/Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge