UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CRAWFORD, JR., et al.,

    Plaintiffs,

v.

PRISON HEALTH SERVICES, et al.,

    Defendants.
_____/

Case No. 1:12-cv-409

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Second Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies (Dkt 109). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 12, 2014, recommending that this Court grant Defendant's motion and dismiss this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 131) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Second Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies (Dkt 109) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114

F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with Order.


Dated: December 11, 2014                   /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge